IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00147-BO

FILED IN OPEN COURT ⟍⟍
ON ___11/1/2018___
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA　　　:

　　　　　　v.　　　　　　　　　:

JUSTIN DARNELL BASKERVILLE　:

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, on July 13, 2018 to a violation of 21 U.S.C. § 841(a)(1), 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit:

　　a) AR-15 rifle with no visible serial number, and

　　b) Any and all related ammunition, including but not limited to, Forty-Five (45) rounds of .300 blackout ammunition;

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant, the United States is hereby authorized to seize the above-stated

1

personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become final as to the defendant at sentencing.

2.    That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED.    This ___ day of November, 2018.

TERRENCE W. BOYLE
Chief United States District Judge

2